﻿Citation Nr: AXXXXXXXX
Decision Date: 09/30/19 Archive Date: 09/30/19

DOCKET NO. 190225-3528
DATE: September 30, 2019

ORDER

The issue regarding whether a reduction in rating is proper for service-connected psychiatric disability is dismissed.

FINDING OF FACT

The RO has proposed reducing the rating for service-connected psychiatric disability but has not effected a reduction in rating. 

CONCLUSION OF LAW

The issue regarding a reduction in rating for service-connected psychiatric disability is not justiciable. 38 U.S.C. § 7105 (2012); 38 C.F.R. § 20.200 (2018).

REASONS AND BASES FOR FINDING AND CONCLUSION

The Veteran served on active duty from July 1997 to September 2003. 

This matter comes to the Board of Veterans’ Appeals (Board) on appeal of a February 2019 rating decision by a U.S. Department of Veterans Affairs (VA) Regional Office (RO). In relevant part, the RO proposed a reduction in rating from 70 to 10 percent for service-connected psychiatric disability. In a February 2019 notice of disagreement (NOD), the Veteran requested direct Board review of the decision, pursuant to the Appeals Modernization Act (AMA). The AMA provides a new framework for review of adverse decisions. 

The February 2019 NOD addressed the RO’s proposal to reduce service-connected psychiatric disability. The RO has not effected the proposed reduction in rating, however. As such, the propriety of a rating reduction issue is not ripe for review. 

The Board may dismiss any appeal which fails to allege specific error of fact or law in the determination being appealed. 38 U.S.C. § 7105. Inasmuch as the issue before the Board is not yet ripe for review, the issue is dismissed.

 

 

G. A. WASIK

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board Christopher McEntee, Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential, and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.